# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  :  Chapter 13
  :
DARRIN MOLLETTA  :
Debtor  :  Bankruptcy No.: 17-17412AMC

## CONSENT ORDER

AND NOW, this _____ day of _____, 2018, in consideration of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor's three (3) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, without further leave of Court, and be it further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

_____
Jack K. Miller, Esquire for
William C. Miller
Chapter 13 Standing Trustee

_____
Michael A. Cataldo, Esquire
Attorney for Debtor

_____
Darrin Molletta
Debtor

BY THE COURT

**Date: May 15, 2018**

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE