IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DARRIN MOLLETTA
DBA PEOPLE ARE US

DEBTOR(S)

CHAPTER 13

BANKRUPTCY NO. 17-17412-AMC

## ORDER

AND NOW, it is ORDERED that the *Amended Order Dismissing Chapter 13 Case and Setting Deadlines for Applications for Allowance of Administrative Expenses entered on May 15, 2018* is VACATED. The continued hearing on the Chapter 13 Standing Trustee's Motion for Dismiss is scheduled for July 17, 2018 at 10:00 a.m. in Courtroom #5.

BY THE COURT:

DATED: 5/16/18

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE