United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17412-amc
Darrin Molletta                                                           Chapter 13
Darrin Molletta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2            Date Rcvd: May 15, 2018
                              Form ID: pdf900           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
```
db         +Darrin Molletta,   MAILING ADDRESS,   PO Box 16437,   Philadelphia, Pa 19122-0137
db         +Darrin Molletta,   6013 Baynton Street,   Philadelphia, PA 19144-2105
14007697   +Acs Inc,   Attn: Bankruptcy,   PO Box 56317,   Philadelphia, PA 19130-6317
14007698   +Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
14007699    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
14007700   +Carrington Mortgage Services, LLC,   1600 South Douglas Road,   Anaheim, CA 92806-5951
14007708   +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
14007709   +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
14007710   +First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-4819
14007711   +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14007715   +James Marsch, Esq.,   1500 JFK Blvd.,   Suite 1900,   Philadelphia, PA 19102-1714
14017482   +Janet M. Spears ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
             San Diego, CA 92177-7921
14007719   +Medical Data Services,   Attn: Bankruptcy Dept,   2001 9th Ave, Suite 312,
             Vero beach, FL 32960-6413
14007721    PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
             Harrisburg, PA 17120-0946
14007724   +PGW,   Legal Dept. 4th Floor,   800 Montgomery Avenue,   Philadelphia, PA 19122-2806
14086501   +Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
             Philadelphia, PA 19106-1541
14007726   +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
             Chicago, IL 60661-3631
14007727   +US Dept. of Housing & Urban Dev.,   c/o C & L Service Corp.,   2488 E. 81st St. Ste.700,
             Tulsa, OK 74137-4267
14057282   +Wilmington Savings Fund Society, FSB,   CARRINGTON MORTGAGE SERVICES, LLC,
             BANKRUPTCY DEPARTMENT,   1600 SOUTH DOUGLASS ROAD,   ANAHEIM, CA 92806-5951
14055878   +Wilmington Savings Fund Society, et al,   Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:22     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 16 2018 01:39:16     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:22     City of Philadelphia,
             Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
cr          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:39:09
             Commonwealth of Pennsylvania, Department of Revenu,   Bureau of Compliance,   Dept. 280946,
             Harrisburg, PA  17128-0946
14007705    E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:22     City of Philadelphia,
             Bankruptcy Unit,   1401 JFK Boulevard,   Fifth Floor,   Philadelphia, PA 19102
14007706    E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:22     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
14007703    E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:22     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphia, PA 19102
14020867    E-mail/Text: james.feighan@phila.gov May 16 2018 01:39:26     Water Revenue Bureau,
             City of Philadelphia Law Department,   Municipal Services Building,   1401 JFK Boulevard, 5th,
             Floor,   Philadelphia, PA  19102-1595
14007701   +E-mail/Text: ecf@ccpclaw.com May 16 2018 01:38:59     Cibik and Cataldo, P.C.,
             225 S. 15th Street,   Suite 1635,   Philadelphia, PA 19102,   ccpc@ccpclaw.com 19102-3825
14007702   +E-mail/Text: ecf@ccpclaw.com May 16 2018 01:38:59     Cibik and Cataldo, P.C.,
             1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
14007707    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:39:09     Commonwealth of PA,
             Dept. of Revenue,   Bureau of Compliance,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14007713    E-mail/Text: cio.bncmail@irs.gov May 16 2018 01:39:01     I.R.S.,   P.O. Box 7346,
             Philadelphia, PA  19101-7346
14007716    E-mail/Text: JCAP_BNC_Notices@jcap.com May 16 2018 01:39:14     Jefferson Capital Systems, LLC,
             16 McLeland Rd,   Saint Cloud, MN 56303
14072119    E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2018 01:41:21
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14007718    E-mail/PDF: resurgentbknotifications@resurgent.com May 16 2018 01:40:50     LVNV funding,
             PO box 10584,   Greenville SC 29603-0584
14007717   +E-mail/Text: csd1clientservices@cboflanc.com May 16 2018 01:39:24     Lanc Coll,
             218 West Orange St,   Lancaster, PA 17603-3746
14007720    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:39:09     PA Department of Revenue,
             Bankruptcy Division PO Box 280946,   Harrisburg PA 17128-0946
14007722    E-mail/Text: ebn@vativrecovery.com May 16 2018 01:39:02     Palisades Collections, LLC,
             Vativ Recovery Solutions LLC,   As Agent For Palisades Collections, LLC,   P.O. Box 40728,
             Houston, TX 77240-0728
```

```
District/off: 0313-2           User: DonnaR                  Page 2 of 2                   Date Rcvd: May 15, 2018
                               Form ID: pdf900               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14007723       E-mail/Text: bankruptcygroup@peco-energy.com May 16 2018 01:39:02     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
14029452       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 16 2018 01:39:09
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14007725      +E-mail/Text: nod.referrals@fedphe.com May 16 2018 01:39:00     Phelan, Halinan & Smieg,
                 Suite 1400,    1617 JFK Boulevard,    Philadelphia, PA 19103-1814
14024624      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 16 2018 01:39:14    Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14007728      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 16 2018 01:38:58
                 Verizon,    500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
14036673       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 16 2018 01:40:21     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
14007729       E-mail/Text: eforbes@ph13trustee.com May 16 2018 01:39:03     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 40119,   Philadelphia, PA 19106-0119
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14007704       City of Philadelphia,   School District of Philadelphia,   Law Department - Tax Unit,
                 One Parkway Building,   1515 Arch Street, 15th Floor
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14007714*      I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14007712*      I.R.S.,   Special Procedures Branch,   Insolvency Unit,   P.O. Box 12051,
                 Philadelphia, PA 19105-2051
                                                                                       TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:

```
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              JEROME B. BLANK    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
               paeb@fedphe.com
              MICHAEL A. CATALDO2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com, igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
               et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13
Darrin Molletta

       DEBTORS                          :         BKY. NO. 17-17412AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE
FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

       AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7.      A hearing shall be held on _____, 2018 at _____, in Bankruptcy Court No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

**Date: May 15, 2018**

By the Court: _____

Date:  May 14, 2018      _____
Hon. ASHELY M. CHAN