United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Darrin Molletta
Darrin Molletta
    Debtors

Case No. 17-17412-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: May 15, 2018
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
db         +Darrin Molletta,    MAILING ADDRESS,    PO Box 16437,    Philadelphia, Pa 19122-0137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov May 16 2018 01:39:16     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA   19102-1595
                                                                                                 TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
          Revenue crmomjian@attorneygeneral.gov
         JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
          paeb@fedphe.com
         MICHAEL A. CATALDO2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com,
          igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com,  igotnotices@ccpclaw.com
         PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
          Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
          et al. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                  :    Chapter 13
                                                                        :
        DARRIN MOLLETTA                                                 :
                        Debtor                                          :    Bankruptcy No.: 17-17412AMC

## CONSENT ORDER

AND NOW, this _____ day of _____, 2018, in consideration of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

ORDERED, that in light of the debtor's three (3) prior bankruptcy filings of debtor(s), if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, without further leave of Court, and be it further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

_____
Jack K. Miller, Esquire for
William C. Miller
Chapter 13 Standing Trustee

_____
Michael A. Cataldo, Esquire
Attorney for Debtor

_____
Darrin Molletta
Debtor

**Date: May 15, 2018**

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE