IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                          :
                                                :      In Chapter 13
    DARRIN MOLLETTA,           :
                                                :      Bankruptcy No. 17-17412 (AMC)
                Debtor.  :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #28 filed by the City of Philadelphia on February 12, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 12, 2018        By:    /s/ Pamela Elchert Thurmond
                                                    PAMELA ELCHERT THURMOND
                                                    Deputy City Solicitor
                                                    PA Attorney I.D. 202054
                                                    City of Philadelphia Law Department
                                                    1401 JFK Blvd., 5th Floor
                                                    Philadelphia, PA  19102-1595
                                                    215-686-0508 (phone)
                                                    215-686-0588 (facsimile)
                                                    Email: Pamela.Thurmond@phila.gov