**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE :Chapter 13

Darrin Molletta

(DEBTOR) :Bankruptcy No. 17-17412AMC13

**P R A E C I P E**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend address of above captioned client to: 6013 Baynton Street, Philadelphia, PA 19140

Date: July 17, 2018        BY: /s/ Michael A. Cataldo
                MICHAEL A. CATALDO, ESQUIRE
                Cibik & Cataldo, P.C.
                1500 Walnut Street, Suite 900
                Philadelphia, PA  19102
                215-735-1060/fax 215-735-6769