IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRIN MOLLETTA,
               Debtor(s).

Case No. 17-17412AMC13

Chapter 13

### ORDER APPROVING AMENDED APPLICATION FOR COMPENSATION

**AND NOW**, this __21st__ day of __August__, 2018____, upon consideration of the Amended Application for Compensation, it is

**ORDERED** that compensation of **$7,382.50** is allowed and the balance due to counsel in the amount of **$4,882.50** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

DARRIN MOLLETTA
Debtor(s)
PO Box 16437
Philadelphia, PA  19022