IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      :
DARRIN MOLLETTA D/B/A PEOPLE ARE US     :     CHAPTER 13
                                                               :
                               Debtor                                :     BK. No. 17-17412 AMC

## ORDER

AND NOW, this **27th** day of **September**, 2018, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*/s/ Ashely M. Chan*

ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL A. CATALDO2, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

DARRIN MOLLETTA
6013 BAYNTON STREET
PHILADELPHIA, PA 19140

DARRIN MOLLETTA
P.O. BOX 16437
PHILADELPHIA, PA 19122