United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17412-amc
Darrin Molletta                                                       Chapter 13
Darrin Molletta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Christina           Page 1 of 1           Date Rcvd: Sep 27, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db              +Darrin Molletta,    MAILING ADDRESS,    PO Box 16437,    Philadelphia, Pa 19122-0137
db              +Darrin Molletta,    6013 Baynton Street,    Philadelphia, PA 19144-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
        CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
         Revenue crmomjian@attorneygeneral.gov
        JEROME B. BLANK    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
         paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
         paeb@fedphe.com
        MICHAEL A. CATALDO2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Darrin  Molletta ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
         Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE
         et al. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                                        TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DARRIN MOLLETTA D/B/A PEOPLE ARE US    :    CHAPTER 13
:
            Debtor    :    BK. No. 17-17412 AMC

## ORDER

AND NOW, this 27th day of September, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MICHAEL A. CATALDO2, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

DARRIN MOLLETTA
6013 BAYNTON STREET
PHILADELPHIA, PA 19140

DARRIN MOLLETTA
P.O. BOX 16437
PHILADELPHIA, PA 19122